IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09MJ3026 |
| | ) | |
| v. | ) | |
| | ) | |
| GEOFFERY ESSAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The oral motion of the parties is granted and the preliminary hearing is continued from May 21 to May 22 at 9:30 a.m. before the undersigned magistrate judge in courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant is required to be present for the hearing.

DATED this 19th day of May, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge