IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:09CR3062 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| GEOFFERY ESSAY, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |

NOW ON THIS 12th day of August, 2009, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I, II and IV of said Indictment. Count I of said Indictment charges the Defendant with taking and attempting to take, by force, violence and intimidation, from the person or presence of another, money namely, approximately $1,044.00 in United States currency, belonging to and in the care, custody, control, management and possession of the Union Bank, Lincoln, Nebraska, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and assaulting and putting in jeopardy the life of another person by the use of a dangerous weapon, a violation of 18 U.S.C. §§ 2113(a) & 2113(d), and Count II of said Indictment charges the Defendant with knowingly carrying, using and brandishing a firearm in relation to a crime of violence as charged in Count I above, a violation of 18 U.S.C. § 924(c). Count IV of said Indictment charges the Defendant with using a Black Taurus PT 140 Pro, .40 caliber, semi-automatic handgun, serial number SBV57508,

on the basis it was a firearm involved or used in the knowing commission of the offense charged in Count I.

2. By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Count IV of the Indictment and the Defendant's plea of guilty, the United States is hereby authorized to seize a Black Taurus PT 140 Pro, .40 caliber, semi-automatic handgun, serial number SBV57508.

C. The Defendant's interest in said propertiy is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D. The aforementioned forfeited property is to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited property must file a Petition with

the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject property and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this <u>12th</u> day of August, 2009.

**BY THE COURT:**

s/  Warren K. Urbom
_____
**WARREN K. URBOM, SENIOR JUDGE**
**United States District Court**