IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3062 |
| ) | |
| GEOFFERY ESSAY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 37. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion for Issuance of Subpoena Duces Tecum *In Forma Pauperis* and the attached Subpoena restricted.

IT IS FURTHER ORDERED that said Motion and Subpoena be made available to case participants only.

DATED this 20th day of August, 2009.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge