IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:09CR3062 |
| ) | |
| Plaintiff, ) | **ORDER FOR ISSUANCE OF** |
| ) | **SUBPOENA DUCES TECUM *IN*** |
| v. ) | ***FORMA PAUPERIS*** |
| ) | |
| GEOFFERY ESSAY, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the Court on the 20th day of August, 2009, on the Motion of the Defendant for an order allowing the issuance of a Subpoena Duces Tecum *In Forma Pauperis* (filing #38-2 ), pursuant to Fed. R. Crim. P. 17 (c).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue the subpoena as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same. Said costs, if any, should be paid by the United States. Said subpoena shall be served by the Federal Defender's investigator.

Dated this 20th day of August, 2009.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge