IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEOFFERY ESSAY,<br><br>    Defendant. | Case No. 4:09CR3062 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 62. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion to Transfer Defendant to Another Correctional Facility restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 1st day of March, 2011.

          BY THE COURT:

          s/ Warren K. Urbom

          United States Senior District Judge