IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR3062 |
| vs. | |
| GEOFFREY ESSAY, | ORDER |
| Defendant. | |

This matter is before the Court on the United States' motion to dismiss the forfeiture count (filing 70). The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' motion to dismiss the forfeiture count (filing 70) is granted;

2. The forfeiture count of the indictment is dismissed; and

3. The forfeiture portion of this case is closed.

Dated this 27th day of September, 2012

BY THE COURT:

John M. Gerrard
United States District Judge